UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JOSE J. LOPEZ, *et al.*,

    Plaintiffs,

    – against –

TCWD LIDO REST INC.,
d/b/a OLIVE OILS, *et al.*,

    Defendants.
----------------------------------------X

ORDER
15-CV-1283 (JFB) (ARL)

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record on September 2, 2016, after conducting a *de novo* review of Magistrate Judge Lindsay's Report and Recommendation (R&R), the Court adopts the R&R and enters default judgment against defendants on the issue of liability only. IT IS FURTHER ORDERED that defendant Christopher Dolan's motion to amend the answer to add counterclaims for indemnification and contribution is granted. The Court respectfully refers the case to Magistrate Judge Lindsay for discovery on the issue of damages and on the counterclaims.

SO ORDERED.

Dated: September 6, 2016
      Central Islip, New York

JOSEPH F. BIANCO
United States District Judge